IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>MARK L. ADAMS,<br><br>        Defendant. | **4:16CB3007**<br><br>**ORDER** |

As requested in the government's motion, (filing no. 6), which is hereby granted,

IT IS ORDERED that the pending charge against Defendant, as set forth in violation number 6002126, is dismissed with prejudice.

January 3, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge